UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
WILLIE  JAMISON,                                      JUDGMENT
                                                      10-CV- 3440 (MKB)
                        Petitioner,

        -against-

SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY,

                        Respondent.
------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District

Judge, having been filed on December 14, 2015, denying the petition for a writ of habeas corpus;

ordering that no Certificate of Appealability shall be issued; and certifying pursuant to 28 U.S.C.

§ 1915(a) that any appeal would not be taken in good faith; it is

        ORDERED and ADJUDGED that the petition for a writ of habeas corpus is

denied; that no Certificate of Appealability shall be issued; and that pursuant to 28 U.S.C. §

1915(a) any appeal would not be taken in good faith.

Dated: Brooklyn, New York                            Douglas C. Palmer
        December 14, 2015                             Clerk of Court


                                          by:     _/s/ Janet Hamilton_
                                                  Deputy Clerk